| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| JOHN A. BALCZEWSKI,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. CV-06-0161-MWL<br><br><br><br>ORDER |

　　Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to another administrative law judge to (1) evaluate the Veteran's Administration's disability rating pursuant to *McCartey v. Massanari*, 298 F.3d 1076 (9th Cir. 2002) and other applicable authority; (2) further evaluate the impairments of cervical and degenerative disk disease and diabetes;  (3) further evaluate Plaintiff's mental impairments; (4) update Plaintiff's medical records; (5) if deemed necessary, obtain medical expert testimony; (6) further evaluate Plaintiff's residual functional

capacity in light of all of his severe physical and mental impairments; (7) if deemed necessary, obtain supplemental vocational expert testimony; and 8) if a consultative examination is ordered, any consultative examination is conducted by a treating health care provider, if a treating health care provider is deemed to be qualified, equipped, and willing to perform the examination for the fee schedule payment, and generally furnishes complete and timely reports, pursuant to 20 C.F.R. §§ 404.1519g-j.  Plaintiff may present new arguments and further medical evidence, if such evidence becomes available.

      This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  The Commissioner's decision is not substantially justified, and upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 406(b).

      DATED this 22nd day of November, 2006.

                                  s/Michael W. Leavitt
                                UNITED STATES MAGISTRATE JUDGE