# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

JOHN A. BALCZEWSKI,                )
                                   )
   Plaintiff,            )
                                   )  NO. CV-06-161-MWL
  vs.                         )
                                   )  **JUDGMENT IN A**
JO ANNE B. BARNHART,               )   **CIVIL CASE**
Commissioner of Social Security,   )
                                   )
   Defendant.            )
                                   )
_____)

**STIPULATION BY THE PARTIES:**

  The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

  **IT IS ORDERED AND ADJUDGED** that:

  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

  DATED this 22nd day of November, 2006.

       JAMES R. LARSEN
       District Court Executive/Clerk


       by: __s/ Karen White_____
         Deputy Clerk

cc: all counsel